UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL JERIMIAH SIMMS,<br><br>Plaintiff,<br><br>v.<br><br>US BANKRUPTCY COURT CLERK FOR THE CITY OF TACOMA, *et al.*,<br><br>Defendants. | CASE NO. 3:19-cv-5715 RBL-JRC<br><br>REPORT AND RECOMMENDATION<br><br>**NOTING DATE:** AUGUST 30, 2019 |

The District Court has referred this matter filed under 42 U.S.C. § 1983 to the undersigned, as authorized by 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. *See* Dkt. 1. The matter is before the Court on plaintiff's motion for voluntary dismissal. *See* Dkt. 4.

This matter began as a proposed class action complaint filed in cause number 3:19-cv-05475-RBL-JRC. Plaintiff was a plaintiff in the proposed class action, and on July 31, 2019, the District Court entered an order severing plaintiff's claims from those in Cause Number -05475. Dkt. 1, at 1. The District Court further ordered that the Clerk open an individual case, under a new cause number, for plaintiff. *See* Dkt. 1, at 2.

REPORT AND RECOMMENDATION - 1

1 | Pursuant to that Order, the Clerk opened this matter, docketed plaintiff's application to
2 | proceed *in forma pauperis*, and directed plaintiff to file a new proposed complaint in support of
3 | his *in forma pauperis* application.  *See* Dkt. 3.  Plaintiff now requests that this Court dismiss the
4 | action without prejudice.  *See* Dkt. 4, at 3.  Plaintiff has not filed a proposed complaint in support
5 | of his *in forma pauperis* application in this matter, and no defendant has appeared.  *See* Dkt.

6 | Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff may voluntarily dismiss this
7 | matter.  Therefore, the undersigned recommends that plaintiff's motion for voluntary dismissal
8 | (dkt. 4) be granted and that the matter be dismissed without prejudice.

9 | Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), the parties
10 | shall have fourteen (14) days from service of this Report and Recommendation to file written
11 | objections.  *See also* Fed. R. Civ. P. 6.  Failure to file objections will result in a waiver of those
12 | objections for purposes of *de novo* review by the district judge (*see* 28 U.S.C. § 636(b)(1)(C)),
13 | and can result in a result in a waiver of those objections for purposes of appeal.  *See Thomas v.*
14 | *Arn*, 474 U.S. 140 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations
15 | omitted).  Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the
16 | matter for consideration on **August 30, 2019** as noted in the caption.

17 | Dated this 14th day of August, 2019.

J. Richard Creatura
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2