UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL JERIMIAH SIMMS,<br><br>                  Plaintiff,<br><br>    v.<br><br>US BANKRUPTCY COURT CLERK<br>FOR THE CITY OF TACOMA, *et al.*,<br><br>                  Defendants. | CASE NO. 3:19-cv-05715 RBL-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, any objections to the Report and Recommendation, and the remaining record, does hereby find and **ORDER**,

    (1) The Report and Recommendation is **ADOPTED**. Plaintiff's motion for voluntary dismissal (Dkt. 4) is **GRANTED**.

    (2) This matter is dismissed without prejudice.

    (3) The case shall be closed.

*///*

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

The Clerk shall send copies of this Order to plaintiff and to Magistrate Judge Creatura.

IT IS SO ORDERED.

DATED this 4th day of September, 2019

_____
Ronald B. Leighton
United States District Judge